UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAYMOND JOSEPH LECOMPTE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1355** |
| **DEPUTY SHERIFF DYLAN HENDRICKS ET AL.** | **SECTION "A" (4)** |

### ORDER

The Court, having considered the record, applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Plaintiff Raymond Joseph LeCompte's § 1983 claims against Defendant Tim Soignet be **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief may be granted pursuant to Title 42 U.S.C. § 1983.

**IT IS FURTHER ORDERED** that Plaintiff Raymond Joseph LeCompte's § 1983 claims against Defendant Dylan Hendricks proceed forward.

New Orleans, Louisiana, this 30th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE