UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND J. (JOSEPH) LECOMPTE | CIVIL ACTION |
| VERSUS | NO. 22-1355 |
| DYLAN HENDRICKS (DEPUTY SHERIFF), ET AL. | SECTION "A"(4) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Deputy Dylan Hendricks's Motion for Summary Judgment (ECF No. 11) is **DENIED**.

**IT IS FURTHER ORDERED** that Deputy Hendricks **SHALL** file an answer to plaintiff Raymond LeCompte's Complaint (ECF No. 4) within thirty (30) days of the entry of this Order.

New Orleans, Louisiana, this __18th__ day of ____July_____, 2023.

_____
UNITED STATES DISTRICT JUDGE