UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAYMOND J. (JOSEPH) LECOMPTE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1355** |
| **DYLAN HENDRICKS (DEPUTY SHERIFF), ET AL.** | **SECTION "A"(4)** |

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.[1] Therefore,

**IT IS ORDERED** that Raymond Joseph LeCompte's claims against Deputy Dylan Hendricks under 42 U.S.C. § 1983 and state law for the use of excessive force, negligence, and intentional torts of battery through excessive force and intentional infliction of emotional distress complaint be **DISMISSED WITH PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 8th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court also notes that court mail sent to LeCompte was returned as undeliverable on four separate occasions. Under Local Rule 41.3.1, a failure to notify the Court of a current email or postal address may be considered cause for dismissal for failure to prosecute.